| | |
|---|---|
| 1 | DOMINICA C. ANDERSON (SBN 2988) |
| 2 | DANIEL B. HEIDTKE (SBN 12975)<br>DUANE MORRIS LLP |
| 3 | 100 N. City Parkway, Suite 1560<br>Las Vegas, NV 89106 |
| 4 | T: 702.868.2600;  F: 702.385.6862<br>Facsimile:  702.974.1058 |
| 5 | Email:  dcanderson@duanemorris.com<br>            dbheidtke@duanemorris.com |
| 6 | HERSH KOZLOV (*Admitted Pro Hac Vice*) |
| 7 | DUANE MORRIS LLP<br>1940 Route 70 East, Suite 200 |
| 8 | Cherry Hill, NJ 08003<br>T: 856.874.4325;  F:  856.874.4382 |
| 9 | Email: hkozlov@duanemorris.com |
| 10 | Attorneys for Plaintiff *Interface Operations LLC*<br>  *dba AdFam* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERFACE OPERATIONS LLC, d/b/a ADFAM, a Delaware Limited Liability Company,<br><br>                Plaintiff,<br><br>vs.<br><br>KWAME LUANGISA, an individual; and DOES 1 through 100, inclusive,<br><br>                Defendant. | Case No.: 2:16-cv-00280-JCM-CWH<br><br>**STIPULATED REQUEST TO RESCHEDULE OCTOBER 19, 2016 HEARING DATE (FIRST REQUEST)** |

Whereas the Court on October 3, 2016 set a hearing on the pending Plaintiff's Motion to Compel Further Discovery Responses (**Doc. No. 33**) and Plaintiff's Limited Motion for Extension of Deadlines (Second Request) (**Doc. No. 34**) for October 19, 2016 at 10:30 AM in LV Courtroom 3C;

Whereas the undersigned counsel for Plaintiff advised Defendant's counsel that Plaintiff's counsel is scheduled to be out of the State of Nevada during the week of October 17, 2016, including October 19, 2016; and, therefore:

The parties respectfully request that the hearing set for October 19, 2016 at 10:30 AM in LV Courtroom 3C be rescheduled for a time and date convenient to the Court, including Tuesday, October 25, 2016 at 3:30 PM.

1

**STIPULATED REQUEST TO RESCHEDULE OCTOBER 19, 2016 HEARING DATE (FIRST REQUEST)**

This is the first request for an extension of time.

Dated: October 6, 2016

| **DUANE MORRIS LLP** | **CAMPBELL & WILLIAMS** |
|---|---|
| By: /s/ *Daniel B. Heidtke*<br>Dominica C. Anderson (SBN 2988)<br>Daniel B. Heidtke (SBN 12975)<br>Hersh Kozlov (*Admitted Pro Hac Vice*) | By: /s/ *Philip R. Erwin*<br>Donald J. Campbell (SBN 1216)<br>Philip R. Erwin (SBN 11563)<br>Samuel R. Mirkovich (SBN 11662) |
| Attorneys for Plaintiff *Interface Operations LLC dba ADFAM* | Attorneys for Defendant *Kwame Luangisa* |

## ORDER

**IT IS SO ORDERED** that the hearing set for October 19, 2016 at 10:30 AM in LV Courtroom 3C concerning the pending Plaintiff's Motion to Compel Further Discovery Responses (**Doc. No. 33**) and Plaintiff's Limited Motion for Extension of Deadlines (Second Request) (**Doc. No. 34**) is **VACATED AND CONTINUED TO** October 25, 2016 at 3:30 PM. The hearing will be held in Courtroom 3A.

DATED THIS 7 day of October, 2016.

_____
Hon. Carl W. Hoffman
United States Magistrate Judge