1 | DOMINICA C. ANDERSON (SBN 2988)
  | DANIEL B. HEIDTKE (SBN 12975)
2 | DUANE MORRIS LLP
  | 100 N. City Parkway, Suite 1560
3 | Las Vegas, NV  89106
  | T: 702.868.2600; F: 702.385.6862
4 | Facsimile:  702.974.1058
  | Email:  dcanderson@duanemorris.com
5 |         dbheidtke@duanemorris.com

6 | HERSH KOZLOV (*Admitted Pro Hac Vice*)
  | DUANE MORRIS LLP
7 | 1940 Route 70 East, Suite 200
  | Cherry Hill, NJ  08003
8 | T: 856.874.4325;  F:  856.874.4382
  | Email: hkozlov@duanemorris.com
9 | Attorneys for Plaintiff *Interface Operations LLC*
  |   *dba AdFam*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| INTERFACE OPERATIONS LLC, d/b/a ADFAM, a Delaware Limited Liability Company, | Case No.: 2:16-cv-00280-JCM-CWH |
|---|---|
| Plaintiff, | **AMENDED STIPULATION EXTENDING DEADLINE FOR RESPONSE TO MOTION FOR SUMMARY JUDGMENT (DOC. NO. 38)** |
| vs. | |
| KWAME LUANGISA, an individual; and DOES 1 through 100, inclusive, | **[FIRST REQUEST]** |
| Defendant. | |

Whereas Plaintiff's Response to Defendant's Motion for Summary Judgment (**Doc. No. 38**) is presently due on Thursday, October 13, 2016;

Whereas Plaintiff requested an extension based upon the Yom Kippur holiday;

Whereas this is the first request for extension of time to file a Response to the Motion for Summary Judgment;

Whereas, Defendant has granted an extension of one day; and, therefore,

///

///

///

///

The parties agree that the Response shall be filed on or before Friday, October 14, 2016.

Dated: October 12, 2016

| DUANE MORRIS LLP | CAMPBELL & WILLIAMS |
|---|---|
| By: /s/ Daniel B. Heidtke<br>Dominica C. Anderson (SBN 2988)<br>Daniel B. Heidtke (SBN 12975)<br>Hersh Kozlov (*Admitted Pro Hac Vice*) | By: /s/ Philip R. Erwin<br>Donald J. Campbell (SBN 1216)<br>Philip R. Erwin (SBN 11563)<br>Samuel R. Mirkovich (SBN 11662) |
| Attorneys for Plaintiff *Interface Operations LLC dba ADFAM* | Attorneys for Defendant *Kwame Luangisa* |

### ORDER

**IT IS SO ORDERED**.

DATED October 13, 2016.

_____
United States District Court Judge